JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER, | Case No. CV 21-9344-DSF (KK) |
|     Plaintiff, | |
|     v. | JUDGMENT |
| SHERI S. KLEEGER, ET AL., | |
|     Defendant(s). | |

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and without leave to amend.

Dated:  June 9, 2022

                 _____

                 HONORABLE DALE S. FISCHER
                 United States District Judge